# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ESSIE BOWMAN,                                  )
as next friend of the minor child,             )
C.B.                                           )
and                                            )
C.B., individually                             )
810 Hamilton Street, NW                        )
Washington, DC 20011                           )
                                               )
and                                            )
                                               )
PATRICIA JONES,                                )
as next friend of the minor child,             )
R.H.                                           )
and                                            )
R.H., individually                             )
8012 Alcoa Drive                               )
Ft. Washington, MD 20744                       )
                                               )
and                                            )
                                               )
WILLIAM HOUSTON.,                              )
as next friend of the minor child,             )
P.C., ward of the District of Columbia,        )
and                                            )
P.C., individually                             )
1008 Pendleton Street                          )
Alexandria, VA 22314                           )
                                               )
and                                            )
                                               )
HARRIET L. DIIN,                               )
as next friend of the minor child,             )
R.G.                                           )
and                                            )
R.G., individually                             )
4509 Quarles Street, NE                        )
Washington, DC 20019                           )
                                               )
and                                            )
                                               )
LAURA DUOS,                                    )
as next friend of the minor child,             )
K.J., ward of the District of Columbia         )
and                                            )

K.J., individually                                    )
1008 Pendleton Street                                 )
Alexandria, VA 22314                                  )
                                                      )
and                                                   )
                                                      )
FELICIA HALL,                                         )
as next friend of the minor child,                    )
R.H.                                                  )
and                                                   )
R.H., individually                                    )
208 Newcomb Street, SE                                )
Washington, DC 20032                                  )
                                                      )
and                                                   )
                                                      )
LAURA DUOS,                                           )
as next friend of the minor child,                    )
M.C., ward of the District of Columbia,               )
and                                                   )
M.C., individually                                    )
1008 Pendleton Street                                 )
Alexandria, VA 22314                                  )
                                                      )
and                                                   )
                                                      )
CYNTHIA ELEBY,                                        )
as next friend of the minor child,                    )
T.E.                                                  )
and                                                   )
T.E., individually                                    )
1509 45th Street, NE                                  )
Washington, DC 20019                                  )
                                                      )
and                                                   )
                                                      )
MARTHA WILLIAMS,                                      )
as next friend of the minor child,                    )
L.D.                                                  )
and                                                   )
L.D., individually                                    )
3214 11th Place, SE                                   )
Washington, DC 20032                                  )

<div style="float:right">
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)
</div>

and

TRINDA NORMAN,
as next friend of the minor child,
M.N.
and
M.N., individually
1520 2nd Street, SW #32
Washington, DC 20024

and

WILLIAM HOUSTON,
as next friend of the minor child,
V.H., ward of the District of Columbia,
and
V.H., individually
1008 Pendleton Street
Alexandria, VA 22314

and

MARZENE BLACK,
as next friend of the minor child,
A.B.
and
A.B., individually
2650 Birney Place, SE #201
Washington, DC 20020

and

MARZENE BLACK,
as next friend of the minor child,
J.B.
and
J.B., individually
2650 Birney Place, SE #201
Washington, DC 20020

and

MARZENE BLACK,                              )
as next friend of the minor child,         )
T.E.                                        )
and                                         )
T.E., individually                          )
2650 Birney Place, SE #201                 )
Washington, DC 20020                        )
                                            )
and                                         )
                                            )
KAY ANNE PIXLEY,                           )
as next friend of the minor child,         )
T.P.                                        )
and                                         )
T.P., individually                          )
33 K Street, NW #611                       )
Washington, DC 20001                        )
                                            )
and                                         )
                                            )
WILLIAM HOUSTON,                           )
as next friend of the minor child,         )
J.C., ward of the District of Columbia,    )
and                                         )
J.C., individually                          )
1008 Pendleton Street                      )
Alexandria, VA 22314                        )
                                            )
and                                         )
                                            )
FRANCES JOHNSON,                           )
as next friend of the minor child,         )
D.J.                                        )
and                                         )
D.J., individually                          )
4307 3rd Street, SE #202                   )
Washington, DC 20019                        )
                                            )
and                                         )
                                            )
WILLIAM HOUSTON,                           )
as next friend of the minor child,         )
D.L., ward of the District of Columbia,    )

and                                        )
D.L., individually                         )
1008 Pendleton Street                      )
Alexandria, VA 22314                       )
                                           )
and                                        )
                                           )
YOLANDA MCCLEAN,                           )
as next friend of the minor child,         )
D.M.                                       )
and                                        )
D.M., individually                         )
5116 Fitch Street, SE                      )
Washington, DC 20019                       )
                                           )
        Plaintiffs,                        )
                                           )     Civil Action No: 06-CV-016 (RMU)
v.                                         )
                                           )
GOVERNMENT OF THE DISTRICT OF              )
COLUMBIA                                   )
A Municipal Corporation                    )
                                           )
        Defendant.                         )
                                           )
Serve:                                     )
                                           )
Robert Spagnoletti,                        )
Attorney General                           )
District of Columbia                       )
441 4th Street, N.W.                       )
Washington, DC 20001                       )
                                           )
and                                        )
                                           )
Mayor Anthony Williams                     )
Office of the Secretary                    )
1350 Pennsylvania Avenue, N.W.             )
Washington, DC 20004                       )
                                           )

## AMENDED COMPLAINT

## JURISDICTION

1.    Jurisdiction of this Court is founded in 28 U.S.C. § 1331, the Individuals with

Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1400, et seq., and 42

U.S.C. § 1983, et seq.

2.    Each Plaintiff is a minor child or the parent, guardian or court appointed educational

advocate of a minor child.  All Plaintiffs are or were residents or wards of the District of

Columbia during the time of the underlying administrative proceedings.

3.    Defendant is a municipal corporation.  As one of its governmental functions,

Defendant operates the District of Columbia Public Schools System ("DCPS").  DCPS is

responsible for affording children with disabilities in the District of Columbia all rights

pursuant to IDEA and is responsible for issuing checks in payment of reasonable

attorneys' fees and costs incurred by the Plaintiffs in pursuing claims under IDEA.

## FACTS

### C.B.

4.    On October 14, 2003, a Due Process Hearing was held.  Laura E. Duos, Esq., acted

on behalf of C.B. and his parent, Essie Bowman.  The Hearing Officer ordered: D.C.P.S.

to fund an independent Clinical Psychological Evaluation; convene a MDT meeting

within 15 school days of its receipt of the evaluation report; and issue a Notice of

Placement within 10 school days of the meeting.  Plaintiffs were therefore the prevailing

parties.

5.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $891.50.

6.    To date, $861.50 has been received.

7.    The outstanding amount of attorney's fees owed to Plaintiffs is $30.00.

**R.H.**

8.    On October 21, 2003, a Due Process Hearing was held.  Laura E. Duos, Esq., acted on behalf of R.H. and her parent, Patricia Jones.  The Hearing Officer ordered: D.C.P.S. to convene a MDT meeting on or before December 5, 2003; and issue a Notice of Placement within 5 school days of the MDT meeting for a public placement, or within 30 calendar days for a non-public placement.  Plaintiffs were therefore the prevailing parties.

9.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $1,565.50.

10.    To date, $1,535.50 has been received.

11.    The outstanding amount of attorney's fees owed to Plaintiffs is $30.00.

**P.C.**

12.    On November 23, 2003, a Due Process Hearing was held.  The court appointed educational advocate, William E. Houston, Esq., acted on behalf of P.C., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to provide all available educational records to counsel for the student; to conduct a Speech and Language Evaluation, a Psycho-Educational Evaluation, and a Clinical Evaluation if recommended by the Psycho-Educational Evaluation; and convene a MDT meeting within 10 school

days of completion of the final evaluation.  Plaintiffs were therefore the prevailing parties.

13.     On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $1,310.84.

14.     To date, $1,250.84 has been received.

15.     The outstanding amount of attorney's fees owed to Plaintiffs is $60.00.

**R.G.**

16.     On January 6, 2004, a Due Process Hearing was held.  Talib Abdus-Shahid, Esq., acted on behalf of R.G. and her parent, Harriet L. Diin.  The Hearing Officer ordered: D.C.P.S. to conduct a Psycho-Educational Evaluation within 20 school days; provide the student with a three month supply of metro tokens within 3 school days; reconvene a MDT meeting within 10 school days of the receipt of the evaluation; and, if eligible for services, Issue a Notice of Placement within 5 school days if it is a public placement, or within 30 calendar days if it is a private placement.  Plaintiffs were therefore the prevailing parties.

17.     On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $7,925.00.

18.     To date, $ 2,987.50 has been received.

19.     Although there is currently a $4,000.00 cap on attorney's fees, the outstanding amount of attorney's fees owed to Plaintiffs under that cap is $1012.50.

20.     On March 22, 2004, a Due Process Hearing was held.  Talib Abdus-Shahid, Esq., acted on behalf of R.G. and her parent, Harriet L. Diin.  The Hearing Officer ordered: D.C.P.S. to convene an MDT meeting within 10 days; review the Psycho-Educational

Evaluation; and Issue a Prior Notice of Placement within 5 school days if it is a public placement, or within 30 calendar days if it is a private placement. Plaintiffs were therefore the prevailing parties.

21.    On April 12, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,800.00.

22.    To date, $ 3,350 has been received.

23.    Although there is currently a $4,000.00 cap on attorney's fees, the outstanding amount of attorney's fees owed to Plaintiffs under that cap is $650.00.

**K.J.**

24.    On January 8, 2004, a Due Process Hearing was held. The court appointed educational advocate, Laura E. Duos, Esq., acted on behalf of K.J., ward of the District of Columbia. The Hearing Officer ordered: D.C.P.S. to perform a Speech and Language Evaluation within 30 calendar days; convene a MDT meeting within 10 school days of the completion of the evaluation; and issue a Notice of Placement within 5 school days of the MDT meeting for a public placement, or within 30 calendar days for a non-public placement. Plaintiffs were therefore the prevailing parties.

25.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $1,020.00.

26.    To date, $990.00 has been received.

27.    The outstanding amount of attorney's fees owed to Plaintiffs is $30.00.

**R.H.**

28.     On January 23, 2004, a Due Process Hearing was held.  Paul S. Dalton, Esq., acted

on behalf of R.H. and her parent, Felicia Hall.  The Hearing Officer ordered: D.C.P.S. to

convene a MDT meeting within 10 school days of the receipt of a clinical psychological

evaluation; and, if eligible for services, Issue a Notice of Placement within 5 school days

if it is a public placement, or within 30 calendar days if it is a private placement.

Plaintiffs were therefore the prevailing parties.

29.     On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $3,038.50.

30.     To date, $ 2,660.00 has been received.

31.     The outstanding amount of attorney's fees owed to Plaintiffs is $378.50.

32.     On May 14, 2004, a Due Process Hearing was held.  Paul S. Dalton, Esq., acted on

behalf of R.H. and her parent, Felicia Hall.  The Hearing Officer ordered: D.C.P.S. to

convene a MDT meeting within 20 business days for the purpose of discussing

appropriate placements.  Plaintiffs were therefore the prevailing parties.

33.     On May 28, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted

to D.C.P.S. in the amount of $3,924.25.

34.     To date, $ 3,806.25 has been received.

35.     The outstanding amount of attorney's fees owed to Plaintiffs is $118.00.

**M.C.**

36.     On January 27, 2004, a Due Process Hearing was held.  The court appointed

educational advocate, Laura E. Duos, Esq., acted on behalf of M.C., ward of the District

of Columbia. The Hearing Officer ordered: D.C.P.S. to issue a Prior Written Notice of

Placement within 5 school days if to a public placement or within 30 calendar days if to a

non-public placement; and provide documentation to Laura E. Duos within 30 calendar

days explaining why Speech-Language Services are no longer appropriate. Plaintiffs

were therefore the prevailing parties.

37.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted

to D.C.P.S. in the amount of $734.00.

38.    To date, $704.00 has been received.

39.    The outstanding amount of attorney's fees owed to Plaintiffs is $30.00.

**T.E.**

40.    On January 29, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq.,

acted on behalf of T.E. and her parent, Cynthia Eleby. The Hearing Officer ordered:

D.C.P.S. to conduct a Psycho-Educational Evaluation, Speech and Language Evaluation,

Clinical-Psychological Evaluation, Social History, and any other evaluation warranted

before March 5, 2004; convene a BLMDT meeting within 10 school days of the receipt of

the last evaluations; and, if eligible for services, Issue a Notice of Placement within 5

school days if it is a public placement, or within 30 calendar days if it is a private

placement. Plaintiffs were therefore the prevailing parties.

41.    On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $6,175.00.

42.    To date, $ 3,850.00 has been received.

43.    Although there is currently a $4,000.00 cap on attorney's fees, the outstanding amount of attorney's fees owed to Plaintiffs under that cap is $150.00.

**L.D.**

44.    On February 19, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of L.D. and his parent, Martha Williams.  The Hearing Officer ordered: D.C.P.S. to provide educational advocate with a copy of the Psychiatric Evaluation; fund an independent Clinical Psychological Evaluation; convene an MDT meeting within 10 days from the date of its receipt of the independent evaluation report; and, if eligible for services, Issue a Notice of Placement within 5 school days if it is a public placement, or within 30 calendar days if it is a private placement.  Plaintiffs were therefore the prevailing parties.

45.    On March 8, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,119.00.

46.    To date, $ 3,942.00 has been received.

47.    Although there is currently a $4,000.00 cap on attorney's fees, the outstanding amount of attorney's fees owed to Plaintiffs under that cap is $58.00.

**M.N.**

48.    On February 25, 2004, a Due Process Hearing was held.  Laura E. Duos, Esq., acted on behalf of M.N. and his parent, Trinda Norman.  The Hearing Officer ordered: D.C.P.S. to fund an independent Clinical Psychological and Psychiatric evaluations; convene a MDT meeting within 15 school days of its receipt of the last evaluation; and issue a Notice of Placement within 5 school days of the MDT meeting for a public

placement, or within 30 calendar days for a non-public placement.  Plaintiffs were therefore the prevailing parties.

49.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $1,560.00.

50.    To date, $1,525.00 has been received.

51.    The outstanding amount of attorney's fees owed to Plaintiffs is $35.00.

**V.H.**

52.    On March 4, 2004, a Due Process Hearing was held.  The court appointed educational advocate, William E. Houston, Esq., acted on behalf of V.H., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund an independent Occupational Therapy (OT) Evaluation; convene an BLMDT/IEP/Placement Meeting within 15 days after DCPS receives the independent OT Evaluation results; and, if eligible for services, Issue a Notice of Placement within 5 school days if it is a public placement, or within 30 calendar days if it is a private placement.  Plaintiffs were therefore the prevailing parties.

53.    On March 17, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,577.50.

54.    To date, $ 3,701.00 has been received.

55.    Although there is currently a $4,000.00 cap on attorney's fees, the outstanding amount of attorney's fees owed to Plaintiffs under that cap is $299.00.

-13-

**A.B.**

56.    On May 21, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of A.B. and his parent, Marzene Black.  The Hearing Officer ordered: D.C.P.S. to issue a Prior Notice placing and funding the student at Accotink with transportation; and provide student with 12 weeks of instruction, including transportation, at Lindamood-Bell during the summer of 2005 as compensatory education.  Plaintiffs were therefore the prevailing parties.

57.    On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $3,835.00.

58.    To date, $3,658.00 has been received.

59.    The outstanding amount of attorney's fees owed to Plaintiffs is $177.00.

**J.B.**

60.    On May 21, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of J.B. and her parent, Marzene Black.  The Hearing Officer ordered: D.C.P.S. to issue a Prior Notice placing and funding the student at Accotink with transportation; and provide student with 12 weeks of instruction, including transportation, at Lindamood-Bell during the summer of 2005 as compensatory education.  Plaintiffs were therefore the prevailing parties.

61.    On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $2,880.00.

62.    To date, $2,703.00 has been received.

63.    The outstanding amount of attorney's fees owed to Plaintiffs is $177.00.

**T.E.**

64.     On May 21, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq.,

acted on behalf of T.E. and her parent, Marzene Black.  The Hearing Officer ordered:

D.C.P.S. to issue a Prior Notice placing and funding the student at Accotink with

transportation; and provide student with 12 weeks of instruction, including transportation,

at Lindamood-Bell during the summer of 2005 as compensatory education.  Plaintiffs

were therefore the prevailing parties.

65.     On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted

to D.C.P.S. in the amount of $2,495.50.

66.     To date, $2,318.50 has been received.

67.     The outstanding amount of attorney's fees owed to Plaintiffs is $177.00.

**T.P.**

68.     On May 21, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq.,

acted on behalf of T.P. and his parent, Kay Anne Pixley.  The Hearing Officer ordered:

D.C.P.S. to perform an Occupational Therapy (OT) Evaluation and a Speech-Language

Evaluation; reconvene a BLMDT/IEP/Placement meeting within 10 days of completing

the evaluations; and issue a Notice of Placement within 5 school days of the MDT

meeting for a public placement, or within 30 calendar days for a non-public placement.

Plaintiffs were therefore the prevailing parties.

69.     On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted

to D.C.P.S. in the amount of $4,835.00.

70.     To date, $0 has been received.

71.    Although there is currently a $4,000.00 cap on attorney's fees, the outstanding amount of attorney's fees owed to Plaintiffs under that cap is $4,000.00.

72.    On May 25, 2004, a Due Process Hearing was held.  Paul S. Dalton, Esq., acted on behalf of T.P. and his parent, Kay Anne Pixley.  The Hearing Officer ordered: D.C.P.S. to fund and provide transportation for 8 weeks of intensive sensory-cognitive training at Lindamood-Bell during the summer of 2004.  Plaintiffs were therefore the prevailing parties.

73.    On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $3,268.00.

74.    To date, $3,150.00 has been received.

75.    The outstanding amount of attorney's fees owed to Plaintiffs is $118.00.

**J.C.**

76.    On May 25, 2004, a Due Process Hearing was held.  The court appointed educational advocate, William E. Houston, Esq., acted on behalf of J.C., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund an independent Psycho-Educational, and Clinical Psychological Evaluations; convene a MDT meeting within 15 school days of its receipt of the last evaluation report; and issue a Notice of Placement within 5 school days of the meeting for a public school or 30 school days for a non-public school.  Plaintiffs were therefore the prevailing parties.

77.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $1,980.00.

78.    To date, $1,925.00 has been received.

79.    The outstanding amount of attorney's fees owed to Plaintiffs is $55.00.

**D.J.**

80.    On June 4, 2004, a Due Process Hearing was held.  William E. Houston, Esq., acted on behalf of D.J. and his parent, Frances Johnson.  The Hearing Officer ordered: D.C.P.S. to perform a Speech and Language Evaluation and an Occupational Therapy Evaluation within 30 calendar days; convene a MDT/IEP meeting within 20 business days of the receipt of the last evaluation; and issue a Notice of Placement within 5 school days of the MDT meeting for a public placement, or within 30 calendar days for a non-public placement.  Plaintiffs were therefore the prevailing parties.

81.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $3,410.00.

82.    To date, $3,355.00 has been received.

83.    The outstanding amount of attorney's fees owed to Plaintiffs is $55.00.

**D.L.**

84.    On July 27, 2004, a Due Process Hearing was held.  The court appointed educational advocate, William E. Houston, Esq., acted on behalf of D.L., ward of the District of Columbia. The Hearing Officer ordered: D.C.P.S. to perform a Clinical Psychological evaluation within 30 calendar days; and convene a MDT meeting within 15 school days of the completion of the evaluation.  Plaintiffs were therefore the prevailing parties.

85.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,600.00.

86.    To date, $3,029.50 has been received.

87.    Although there is currently a $4,000.00 cap on attorney's fees, the outstanding

amount of attorney's fees owed to Plaintiffs under that cap is $970.50.

**D.M.**

88.    On August 20, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton,

Esq., acted on behalf of D.M. and his parent, Yolanda McClean.  The Hearing Officer

ordered: D.C.P.S. to fund and place the student on an interim basis at Accotink Academy

with transportation; convene an MDT/Placement meeting within 30 days; and issue a

Notice of Placement within 5 school days if it is a public placement, or within 30

calendar days if it is a private placement.  Plaintiffs were therefore the prevailing parties.

89.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $3,147.50.

90.    To date, $3,029.50 has been received.

91.    The outstanding amount of attorney's fees owed to Plaintiffs is $118.00.


**RELIEF**

WHEREFORE, Plaintiffs respectfully request that this honorable Court:

A.    Find that the Defendant has, with respect to each Plaintiff, deprived said Plaintiff of

rights, privileges, and the benefits that are available and secured by the laws of the United

States, specifically 20 U.S.C. § 1400 et seq.;

B.    Award each Plaintiff damages as follows:

| | |
|---|---|
| C.B. and Essie Bowman | $ 30.00 |
| R.H. and Patricia Jones | $ 30.00 |
| P.C., ward of the District of Columbia | $ 60.00 |
| R.G. and Harriet L. Diin | $1,662.50 |
| K.J., ward of the District of Columbia | $ 30.00 |
| R.H. and Felicia Hall | $ 496.50 |
| M.C., ward of the District of Columbia | $ 30.00 |
| T.E. and Cynthia Eleby | $ 150.00 |
| L.D. and Martha Williams | $ 58.00 |
| M.N. and Trinda Norman | $ 35.00 |
| V.H., ward of the District of Columbia | $ 299.00 |
| A.B. and Marzene Black | $ 177.00 |
| J.B. and Marzene Black | $ 177.00 |
| T.E. and Marzene Black | $ 177.00 |
| T.P. and Kay Anne Pixley | $ 4,118.00 |
| J.C., ward of the District of Columbia | $ 55.00 |
| D.J. and Frances Johnson | $ 55.00 |
| D.L., ward of the District of Columbia | $ 970.50 |
| D.M. and Yolanda McClean | $ 118.00 |

For a total of $8,728.50;

C.    Award to each Plaintiff pre-judgment interest and post-judgment interest on each

damage award;

D.    Award to each Plaintiff, pursuant to 42 U.S.C. § 1983, et seq., the attorneys' fees and

costs incurred by virtue of the instant lawsuit; and

E.    Award any other relief this Court deems appropriate and just.


Respectfully submitted,

Counsel for Plaintiffs


_____/s/_____
Paul S. Dalton, Esq. (Bar. No. 439118)
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)



_____/s/_____
Ellen Douglass Dalton, Esq. (Bar. No. 411612)
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)



_____/s/_____
William E. Houston, Esq. (Bar. No. 450223)
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 23rd day of February, 2006.


_____/s/_____
PAUL S. DALTON, Esq.
Counsel for the Plaintiffs