# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ESSIE BOWMAN, *et al.*,        )
                             )
        Plaintiffs,    )
       v.             )    Civil Action No. 06-0016 (RMU)
                             )
DISTRICT OF COLUMBIA, *et al.*,   )
                             )
        Defendants.    )

## DECLARATION OF DONALD B. TERRELL

1.    My name is Donald B. Terrell. I am General Counsel of the District of Columbia's Child and Family Services Agency ("CFSA").

2.    CFSA has no statutory authority to sue or be sued. CFSA's participation in any judicial proceeding must be approved by Robert Spagnoletti, Attorney General for the District of Columbia or his designee.

3.    I have been provided, and have reviewed, the Complaint filed January 6, 2006 in the captioned action, in which CFSA is identified as a plaintiff. To my knowledge, neither Mr. Spagnoletti nor his designee authorized CFSA's participation in the captioned action, or authorized the representation or listing of CFSA as a plaintiff.

4.    After an internal investigation at CFSA, I am unaware of any CFSA employee having given permission to the identification of CFSA as a plaintiff in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 23, 2006

                                 _____
                                    Donald B. Terrell