SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF        :        DOCKET NUMBER
                        :
P▓▓▓▓ C▓▓▓▓▓▓▓▓        :        N 533-99
                        :        SF 211573
                        :
                        :

## ORDER

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 18th day of November, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for P▓▓▓▓ C▓▓▓▓▓▓▓▓ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for P█████ C███████, in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

**SO ORDERED.**

*[signature]*

Judge Alec Haniford Deull
D.C. Superior Court
Signed in Chambers

Copies to:

Frances Foote, Esquire
Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

Farin Mirvahabi, Esquire
Guardian *Ad Litem*
1000 Connecticut Ave., N.W.
Suite 613, CMRA #6
Washington, DC 20036
(703) 534-6677

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA 2231-5045
(703) 941-4455

Solonge Nestor--SW
Child and Family Services Agency
400 6th Street, S.W.
Washington, DC

Claude Matthews, Esquire
Attorney for the Mother
2805 31st Place, N.E.
Washington, DC 20018
(202) 526-8150

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF : DOCKET NUMBER
:
: N-658-02
K███ J███ : SF- 219242

ORDER

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 30TH day of SEPT., 2003, hereby:

ORDERED that Dalton, Dalton & Houston, specially trained educational advocates and members of the District of Columbia Bar are appointed as Counsel for Educational Purposes for K███ J███ in the above case, to facilitate and determine the educational needs each of the Respondents and to insure that she/he is properly placed.

IT IS FURTHER ORDERED that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Dalton, Dalton & Houston or their designee, upon request.

IT IS FURTHER ORDERED, Dalton, Dalton & Houston is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

IT IS FURTHER ORDERED, Dalton, Dalton & Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocates

duties.

IT IS FURTHER ORDERED, Dalton, Dalton & Houston, is appointed as a Guardians, Limited for Educational Purposes for K█████ J█████, in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

SO ORDERED.

*[Handwritten annotation: THIS FIRM IS APPOINTED TO MEET THE NEEDS OF THE COURT + THE BEST INTERESTS OF THE RESPONDENT DUE TO ITS AVAILABILITY AND EXPERTISE.]*

_____
Judge Alec Haniford Odell
D.C. Superior Court
Signed in Chambers

Copies to:

Frances Foote, Esquire
Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

William E. Houston, Esq.
Laura Duos
6303 Little River Turnpike
Suite 310
Alexandria, VA 22312
703-941-4455

Elaine Kennel, Esquire
Guardian, *Ad Litem*
601 Indiana Avenue, N.W.
Suite 515
Washington, DC 20004
202-639-0528

Mohammed Sall, MSW
PSI Family Services, Inc.
4303 Forbes Blvd.
Lanham, MD 20706
301-306-5303 Ext 242

Dr. Barbara Olaniyan – Social Worker
Child and Family Services Agency
400 6th Street, S.W.
Washington, DC
202-727-7034

Rosalind Johnson, Esquire
Attorney for the Caretaker
11109 Wood Elves Way
Columbia, MD 21044
301-569-4005

Sheila Albright, Esquire
Attorney for the Mother
1730 K Street, N.W.
Suite 304
Washington, DC 20006
202-544-5510

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF            :      DOCKET NUMBER
                            :
V█████ H█████               :      N -1463-97
                            :      SF - 207645
                            :
                            :

## ORDER

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 12th day of September, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for V█████ H█████ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

RECEIVED SEP 1 0 2002 CHAMBERS OF

IT IS FURTHER ORDERED, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for V▉▉▉ H▉▉▉, in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

IT IS FURTHER ORDERED, that for the purpose of billing the District of Columbia Public Schools this matter is hereby certified as a Complex Litigation.

**SO ORDERED.**

_____
Judge John Campbell
D.C. Superior Court
Signed in Chambers

Copies to:

Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA 2231-5045
(703) 941-4455

Jenny Epstein, Esquire
P.O. Box 32095
Washington, DC 20007
(202) 298-8072

Leonard Kelly, esquire
3535 13th Street, NW
# 3
Washington, DC 20010

Tessie Sarmiento
CFSA
400 6th St. SW
Washington, DC 20024

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF          :          DOCKET NUMBER

D███ L███                 :          N 1524-97
                          :          SF 196486
                          :
                          :

ORDER

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 3th day of Dec, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for D███ L███ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for D■■■ L■■■, in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

IT IS FURTHER ORDERED, that for the purpose of billing the District of Columbia Public Schools this matter is hereby certified as a Complex Litigation.

SO ORDERED.

*[signature]*
Judge Ann O'Regan Keary
D.C. Superior Court
Signed in Chambers

Copies to:

Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC  20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA  2231-5045
(703) 941-4455

Deborah Cason-Daniel
400 7th Street, NW
Suite 200
Washington, DC  20004
(202) 737-4466