UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSIE BOWMAN, *ex rel.,* C.B., *et al.,*  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>DISTRICT OF COLUMBIA,  )<br>  )<br>  Defendant.  )<br>_____  ) | Civil Action No.  06-016 (RMU) |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion to Dismiss and Plaintiffs' Opposition to the Motion to Dismiss, it is hereby

ORDERED that the Defendant's Motion to Dismiss is DENIED.

_____                                                        _____
Date                                                                                               RICARDO M. URBINA
                                                                                                         United States District Court Judge