UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
ESSIE BOWMAN,                                         )
as next friend of minor child C.B., et al.,           )
                                                      )
              Plaintiffs,                             )
                                                      )
       v.                                             )      Civil Action Number 06-016 (RMU)
                                                      )
DISTRICT OF COLUMBIA,                                 )
                                                      )
              Defendant.                              )
_____

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS**

Defendant, by and through counsel, pursuant to FRCP 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including April 25, 2006, to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss, currently due on March 27, 2006.  As grounds for said request, the undersigned states that she recently injured her right index finger and experiences both pain and difficulty in using the computer.  Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

                                                Respectfully submitted,

                                                ROBERT J. SPAGNOLETTI
                                                Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
for the District of Columbia
Civil Litigation Division


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6th floor South
Washington, DC 20001
(202) 442-9842
FAX  727-3625


March 24, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | ) |
| ESSIE BOWMAN, as next friend of minor child C.B., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action Number 06-016 (RMU) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |
| _____ | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General for the District of Columbia
>
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> for the District of Columbia
> Civil Litigation Division
>
>
> /s/ Edward P. Taptich
> EDWARD P. TAPTICH [012914]
> Chief, Equity, Section 2

3

<div style="margin-left: 40%;">

<u>/s/ Maria L. Merkowitz</u>
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6-South
Washington, DC 20001
(202) 442-9842
FAX  727-3625

</div>

4