UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSIE BOWMAN, *ex rel.,* C.B., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  06-016 (RMU) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PRAECIPE FILING REMAINING COURT ORDERS**

COMES NOW, Plaintiffs, by and through counsel, and files the remaining Superior Court Orders for Plaintiffs J.C. and M.C.  In Plaintiff's Opposition to Defendant's Motion to Dismiss, filed on March 20, 2006, the Plaintiffs filed with this Court the Superior Court Orders appointing educational advocates for the Plaintiffs who are wards of the District of Columbia.  At the time of filing the Opposition, Plaintiffs' counsel did not have a physical copy of the Orders for Plaintiffs J.C. and M.C. (*See* Pls.' Opp'n at note 1.)  Plaintiffs' counsel has secured a physical copy of the Court Orders and files the redacted versions here as Exhibit 1.

DATE: May 25, 2006               Respectfully submitted,
                                 Counsel for Plaintiffs

                                 _____/s/_____
                                 Paul S. Dalton, Esq. (Bar. No. 439118)
                                 DALTON, DALTON & HOUSTON, P.C.

                                 _____/s/_____
                                 Ellen Douglass Dalton, Esq. (Bar. No. 411612)
                                 DALTON, DALTON & HOUSTON, P.C.

/s/
William E. Houston, Esq. (Bar. No. 450223)
DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 25th day of May, 2006.

/s/
William E. Houston, Esq.
Counsel for the Plaintiffs