## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | : | DOCKET NUMBER |
| | : | |
| J██████, C██████████ | : | N 1168-99 |
| | : | SF 213093 |
| | : | |
| | : | |

## O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 30th day of __MARCH__, 2003 hereby:

**ORDERED** that William E. Houston, Esquire, or Laura E. Duos, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for J████ C█████████ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or Ms. Duos or their designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston or Ms. Duos, are authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston or Ms. Duos, are authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

**IT IS FURTHER ORDERED**, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for J██████ C██████████ in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

**SO ORDERED.**

Judge Alec Hamford Beull
D.C. Superior Court
Signed in Chambers

Copies to:

Sharon Goodie, Esquire
Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

Lorenzo Fitzgerald
500 11th Street, N.E.
Washington, DC 20002

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA 2231-5045
(703) 941-4455

Bret Cohen
7720 Wisconsin Avenue
Suite 220
Bethesda, MD 20814

David Cumberbatch, Esquire
417 7th Street, N.W.
Suite 401
Washington, DC 20004

Diantha Moody
Board of Child Care,
Foster Care Program.
411 Rittenhouse Street, N.W.
Washington, DC 20011

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**FAMILY DIVISION**
**NEGLECT BRANCH**

IN RE M██████ C██████            )        N-201-98
      **Respondent**                     )        SF # 207957
                                    )
                                    )
_____ )        **Magistrate Judge Haniford Duell**

## <u>ORDER</u>

      UPON CONSIDERATION of the record in this case and after due consideration of

of the interests of all parties in the above-captioned matter, it is this **30th** day of

**OCTOBER**, 2003, hereby:

ORDERED, that William E. Houston, specially trained educational advocate and member

of the D.C. Bar is appointed as Counsel for Educational Purposes for M████ C██████ in the

above case, to facilitate and determine the educational needs of the respondent and to insure that

he is properly placed.

IT IS FURTHER ORDERED that all District of Columbia agencies, including the District of

Colombia Public Schools, are hereby directed to provide copies of an and all records including

educational records to William E. Houston, upon request.

IT IS FURTHER ORDERED that William E. Houston is authorized to attend and participate in

and provide reports in connection with any court hearing held in this case.

IT IS FURTHER ORDERED that William E. Houston is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336(1989 Repl.) To review and obtain copies, if necessary, of respondent's education records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED that William E. Houston shall have full access to records at Devereux treatment facility or any other third-party residential placement paid for by Child and Family Services Agency.

IT IS FURTHER ORDERED that William E. Houston is appointed as a Guardian, Limited for Education Purposes for M███ C███, in order to authorized testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

SO ORDERED

MR. HOUSTON IS APPOINTED DUE TO HIS EXPERTISE + AVAILABILITY TO MEET THE BEST

_Alec Weinford Duell_

Magistrate Judge Alec Hariford Duell

INTERESTS OF THE RESPONDENT + THE NEEDS OF THE COURT.

Copies to:

Frances Foote, Esq.
Abuse & Neglect Section
Office of Corporation Counsel
400 Sixth Street, SW
Washington, D.C.  20024


Kamilah Way
Child & Family Services Agency
400 6th Street, SW
Room 2110
Washington, D.C.  20024

George Tilton, Esquire
3446 Oakwood Terr., NW
Washington, D.C.   20010

William Morgan, Esquire
12304 Melling Lane
Bowie, MD   20715

William E. Houston, Esquire
Dalton, Dalton & Houston
6303 Little River Turnpike
Alexandria, VA   22312

Claude L. Matthews, Esquire
2805 31st Place, N.E.
Washington, D.C.   20018

Devereux Children's Center
3050 R Street, N.W.
Washington, D.C.   20007