UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSIE BOWMAN, *ex rel.,* C.B., *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No.  06-016 (RMU) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

COMES NOW, the Plaintiffs, by and through counsel, and moves this Court to schedule a Status Conference.  Please see the attached Memorandum of Points and Authorities in Support of the Plaintiffs' Motion.


DATE: November 10, 2006                     Respectfully submitted,
                                            Counsel for Plaintiffs

                                            _____/s/_____
                                            Paul S. Dalton, Esq. (Bar. No. 439118)
                                            DALTON, DALTON & HOUSTON, P.C.

                                            _____/s/_____
                                            Ellen Douglass Dalton, Esq. (Bar. No. 411612)
                                            DALTON, DALTON & HOUSTON, P.C.

                                            _____/s/_____
                                            William E. Houston, Esq. (Bar. No. 450223)
                                            DALTON, DALTON & HOUSTON, P.C.

                                            1008 Pendleton Street
                                            Alexandria, VA 22314
                                            (703) 739-4300
                                            (703)-739-2323 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSIE BOWMAN, *ex rel.,* C.B., *et al.,*   )
                                        )
       Plaintiffs,                       )
                                        )
       v.                                 )      Civil Action No.  06-016 (RMU)
                                        )
DISTRICT OF COLUMBIA,          )
                                        )
       Defendant.                   )
_____)

### PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR STATUS CONFERENCE

COMES NOW, the Plaintiffs, by and through counsel, and states the following in support of their Motion for Status Conference:

1. Fed. R. Civ. P. 7(b)

2. LCvR 7

3. The inherent authority of the Court.

4. The Defendant filed a Motion to Dismiss on March 9, 2006.  The Plaintiffs opposed the Motion on March 20, 2006, and the Defendant filed its Reply on April 21, 2006.  This Motion to Dismiss is currently pending before the Court.

5. Counsel for Plaintiffs conferred with Counsel for the Defendant, who did not consent to the filing of this Motion for Status Conference.

WHEREFORE, the Plaintiffs respectfully request that the Court schedule a Status Conference in an effort to ascertain the status of this case, and if appropriate determine a possible briefing schedule.

DATE: November 10, 2006				Respectfully submitted,
								Counsel for Plaintiffs

						_____/s/_____
						Paul S. Dalton, Esq. (Bar. No. 439118)
						DALTON, DALTON & HOUSTON, P.C.

						_____/s/_____
						Ellen Douglass Dalton, Esq. (Bar. No. 411612)
						DALTON, DALTON & HOUSTON, P.C.

						_____/s/_____
						William E. Houston, Esq. (Bar. No. 450223)
						DALTON, DALTON & HOUSTON, P.C.

						1008 Pendleton Street
						Alexandria, VA 22314
						(703) 739-4300
						(703)-739-2323 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 10th day of November, 2006.

                                  /s/
                             Paul S. Dalton, Esq.
                             Counsel for Plaintiffs