UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSIE BOWMAN, *ex rel.,* C.B., *et al.,* )<br>)<br>Plaintiffs,    )<br>)<br>v.            )<br>)<br>DISTRICT OF COLUMBIA,    )<br>)<br>Defendant.    )<br>_____ ) | Civil Action No. 06-016 (RMU) |

**ORDER**

Upon consideration of the Plaintiffs' Motion for Status Conference, it is hereby

ORDERED that the Plaintiffs' Motion is GRANTED;

It is further ORDERED that a Status Conference is scheduled for ___ day of _____, 2006 in Courtroom _____.

_____                                                                                        _____
Date                                                                                                                    RICARDO M. URBINA
                                                                                                                              United States District Judge