UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ESSIE BOWMAN *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 06-0016 (RMU) |
| | : | | |
| v. | : | Document No.: | 3 |
| | : | | |
| DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 20th day of March, 2007,

**ORDERED** that the defendant's motion for partial summary judgment is **GRANTED in part** and **DENIED in part**; and it is

**FURTHER ORDERED** that the parties shall file supplemental briefs analyzing the educational advocates' ability to collect attorneys' fees in this court and analyzing whether court-appointed educational advocates may act as both plaintiffs and counsel of record pursuant to D.C. Rule 3.7 on or before April 20, 2007; and it is

**ORDERED** that oppositions to the supplemental briefs shall be due on or before May 21, 2007; and it is

**FURTHER ORDERED** that each supplemental brief must cite (including pincite) to supporting legal authority and that the supplemental briefs must not exceed ten double-spaced pages; and it is

**ORDERED** that the supplemental briefs may also address any other issues relevant to the IDEA claims.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge