UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSIE BOWMAN *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 06-0016 (RMU) |
| | : | |
| v. | : | Document No.:   3 |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |

# ORDER

### GRANTING THE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT[1]

For the reasons stated in the accompanying Memorandum Opinion, it is this 1st day of August, 2007,

**ORDERED** that the defendant's motion for partial summary judgment is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge

---

[1] Although the defendant moves to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), if, in considering a Rule 12(b)(6) motion, "matters outside the pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56 . . . ." *Holy Land Found. for Relief & Dev. v. Ashcroft*, 333 F.3d 156, 165 (D.C. Cir. 2003).