UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESSIE BOWMAN, as next friend of minor child C.B., et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action Number 06-016 (RMU) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

On May 7, 2008, this honorable Court issued a Minute Order directing the parties to file a Joint Status Report addressing further proceedings in this case in light of the court's memorandum opinions issued last year. The parties respond to the Court's Order as follows:

In this Court's March 20, 2007, Memorandum Opinion the Court stated *inter alia,* that "the complaint does not allege that the defendant violated the plaintiffs' rights under the IDEA. Because the defendant has not moved to dismiss the IDEA claims…the court does not consider the issue at this juncture." (Opinion at 1) On April 20, 2007, defendant filed a Supplemental Brief, pursuant to the Court's March 20, 2007, Order. In said Brief, in addition to supplementing its arguments as to why educational advocates were not entitled to attorneys' fees, the District of Columbia argued that plaintiff's Complaint failed to state a claim under the IDEIA, and accordingly, should be dismissed on that ground as well. On August 1, 2007, the Court issued a second Memorandum

Opinion, dismissing the claims of the minor children P.C., K.J., M.C., V.H., J.C., and D.L. on the grounds that *pro se* education advocates were not entitled to recovery of attorneys' fees. (Opinion at 11) However, the Court did not address defendant's argument that the remainder of the Complaint failed to state a claim under the IDEIA. Accordingly, it is defendant's position that, before a scheduling order is imposed upon the parties, an Order from the Court addressing defendant's IDEIA argument should be issued, since if the Court agrees with the defendant's position, there will be no need for further briefing or actions.

      Based on the above, it is the plaintiffs' position that, once the court has issued an order addressing defendant's IDEIA arguments, the Court should order the parties to provide a schedule for the submission of an attorney fee petition for any remaining plaintiffs, followed by an opportunity for defendant to file its objections and the plaintiffs' their reply, if necessary.

                                       Respectfully submitted,

                                       PETER J. NICKLES
                                       Interim Attorney General
                                       for the District of Columbia

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General
                                       Civil Litigation Division

                                       ***/s/ Edward P. Taptich***
                                       EDWARD P. TAPTICH [#012914]
                                       Chief, Equity Section II

/*s/ Maria L. Merkowitz*
MARIA L. MERKOWITZ [312968]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9842
FAX – (202) – 727-3625
Maria.merkowitz@dc.gov


**/s/ Paul S. Dalton**
PAUL S. DALTON [439118]
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
703-739-4300
FAX 703-739-2323
p.dalton@daltonlaw.com
Counsel for Plaintiffs


May 16, 2008