UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSIE BOWMAN,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-0016 (RMU) |
| **DISTRICT OF COLUMBIA,** | : |
| **Defendant.** | : |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of this Court will please withdraw the appearance of Senior Assistant Attorney General Maria Merkowitz as counsel on behalf of Defendant District of Columbia, and enter the appearance of Assistant Attorney General Amy Caspari as counsel on behalf of Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH
Chief, Equity Section II`
Bar Number: 012914

<table>
<tr><td>July 3, 2008</td><td>

***/s/ Maria L. Merkowitz***  
MARIA L. MERKOWITZ  
[312968]  
Senior Assistant  
Attorney General  
441 Fourth Street, N.W.  
Sixth Floor South  
Washington, D.C. 20001  
(202) 442-9842  
Maria.Merkowitz@dc.gov  

***/s/ Amy Caspari***  
Amy Caspari  
[488968]  
Assistant Attorney General  
441 Fourth Street, N.W.  
Sixth Floor South  
Washington, D.C. 20001  
(202) 724-7794  
Amy.Caspari@dc.gov
</td></tr>
</table>