# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSIE BOWMAN, | : | |
| as next friend of minor child C.B., *et al*. | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:  06-0016 (RMU) |
| | : | |
| vs. | : | |
| | : | |
| DISTRICT OF COLUMBIA | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

COME NOW the parties, numerous Plaintiffs and Defendant District of Columbia, by their respective counsel and file this Joint Status Report.

On June 19, 2008, this Honorable Court issued a Minute Order directing the parties to file a Joint Status Report addressing further proceedings in this case. The counsel for the parties conferred via e-mail and telephone conference, and consistent with the said conferences, the parties respectfully propose the following schedule:

1.  The Plaintiffs will file their Petition for Attorneys' Fees on or before August 1, 2008.

2.  The Defendant will file its Opposition on or before September 1, 2008.

3.  The Plaintiff will file their Reply on or before September 15, 2008.

4.	Due to the unique procedural history in this case (involving the complaint filed over two years-ago and several motions to dismiss), a formal answer to the complaint was never filed. In light of the parties' request herein for an order scheduling Plaintiffs' Motion for Attorneys' Fees and Defendant's Opposition thereto, the parties believe that an answer is unnecessary to resolving the remaining claims.  Should this Court deem that an answer is nonetheless necessary, the parties agree that an answer shall become due on August 15, 2008, and that thirty days should be added to each of the remaining dates proposed herein.

Dated this 9th day of July 2008.

_____/s/_____

Paul Dalton [439118]
    Dalton & Dalton, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314
703-739-4300
Attorney for the Plaintiffs

_____/s/_____

Amy Caspari
Office of the Attorney General
441 Fourth Street, NW
Room 6N112
Washington, DC 20001
202-724-7794
Attorney for Defendant