UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ESSIE BOWMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0016 (RMU) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## ANSWER TO AMENDED COMPLAINT

Defendant, by counsel, hereby answers Plaintiff's Amended Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendant admits that this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§1400 et seq. ("IDEIA"). The Plaintiff's claims under 42 U.S.C. § 1983 were dismissed by Order of this Court on March 20, 2007, and no answer is required as to the claims under that statute.

2. Defendant admits the allegations in paragraph 2.[1]

---

[1] On August 1, 2007 the claims of six of the Plaintiffs in this case were dismissed, and no answer is required as to those claims: P.C. (amended complaint paragraphs 12-15), K.J. (amended complaint paragraphs 24-27), M.C. (amended complaint paragraphs 36-39), V.H. (amended complaint paragraphs 52-55), J.C. (amended complaint paragraphs 76-79), and D.L. (amended complaint paragraphs 84-87). Accordingly, there are 13 remaining plaintiffs in this case, and Defendant's Answer only relates to those claims: C.B. (amended complaint pars. 4-7), R.H. (amended complaint paragraphs 8-11), R.H. (2) (amended complaint paragraphs 28-35), R.G. (amended complaint paragraphs 16-23), T.E. (amended complaint paragraphs 40-43), L.D. (amended complaint paragraphs 44-47), M.N. (amended complaint paragraphs 48-51), A.B. (amended complaint paragraphs 56-59), J.B. (amended complaint paragraphs 60-63), T.E. (amended complaint paragraphs 64-67), T.P. (amended complaint paragraphs 68-75), D.J. (amended complaint paragraphs 80-83), and D.M. (amended complaint paragraphs 88-91).

3.  Defendant admits that it is a municipal corporation and that it operates the District of Columbia Public Schools. The remaining allegations in paragraph 3 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

4.  Defendant admits that a due process hearing was held. The remaining allegations in paragraph 4 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

5.  Defendant admits the allegation in paragraph 5.

6.  Defendant admits the allegation in paragraph 6.

7.  Defendant denies the allegation in paragraph 7.

8.  Defendant admits that a due process hearing was held. The remaining allegations in paragraph 8 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

9.  Defendant admits the allegation in paragraph 9.

10. Defendant admits the allegation in paragraph 10.

11. Defendant denies the allegation in paragraph 11.

12-15. No answer is required. See footnote 1.

16. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 16 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

17. Defendant admits the allegation in paragraph 17.

18. Defendant admits the allegation in paragraph 18.

19. Defendant denies the allegation in paragraph 19.

20. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 20 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

21. Defendant admits the allegation in paragraph 21.

22. Defendant admits the allegation in paragraph 22.

23. Defendant denies the allegation in paragraph 23.

24-27. No answer is required. See footnote 1.

28. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 28 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

29. Defendant admits the allegation in paragraph 29.

30. Defendant admits the allegation in paragraph 30.

31. Defendant denies the allegation in paragraph 31.

32. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 32 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

33. Defendant admits the allegation in paragraph 33.

34. Defendant admits the allegation in paragraph 34.

35. Defendant denies the allegation in paragraph 35.

26-39. No answer is required. <u>See</u> footnote 1.

40. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 40 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

41. Defendant admits the allegation in paragraph 41.

42. Defendant admits the allegation in paragraph 42.

43. Defendant denies the allegation in paragraph 43.

44. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 44 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

45. Defendant admits the allegation in paragraph 45.

46. Defendant admits the allegation in paragraph 46.

47. Defendant denies the allegation in paragraph 47.

48. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 48 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

49. Defendant admits the allegation in paragraph 49.

50. Defendant admits the allegation in paragraph 50.

51. Defendant denies the allegation in paragraph 51.

52-55. No answer is required. See footnote 1.

56. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 56 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

57. Defendant admits the allegation in paragraph 57.

58. Defendant admits the allegation in paragraph 58.

59. Defendant denies the allegation in paragraph 59.

60. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 60 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

61. Defendant admits the allegation in paragraph 61.

62. Defendant admits the allegation in paragraph 62.

63. Defendant denies the allegation in paragraph 63.

64. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 64 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

65. Defendant admits the allegation in paragraph 65.

66. Defendant admits the allegation in paragraph 66.

67. Defendant denies the allegation in paragraph 67.

68. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 68 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

69. Defendant admits the allegation in paragraph 69.

70. Defendant denies the allegation in paragraph 70.

71. Defendant denies the allegation in paragraph 71.

72. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 72 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

73. Defendant admits the allegation in paragraph 73.

74. Defendant admits the allegation in paragraph 74.

75. Defendant denies the allegation in paragraph 75.

76-79. No answer required. See footnote 1.

80. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 80 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

81. Defendant admits the allegation in paragraph 81.

82. Defendant admits the allegation in paragraph 82.

83. Defendant denies the allegation in paragraph 83.

84-87. No answer required. See footnote 1.

88. Defendant admits that a due process hearing was held. The remaining allegations in paragraph 88 are the pleader's characterizations of the Hearing Officer's Determination which speaks for itself, and conclusions of law/and or the pleader, to which no response is required. If a response is required, then the same are denied.

89. Defendant admits the allegation in paragraph 89.

90. Defendant admits the allegation in paragraph 90.

91. Defendant denies the allegation in paragraph 91.

**BY WAY OF FURTHER ANSWER**, Defendant denies all allegations contained in the complaint not otherwise responded to or admitted.

Respectfully submitted,

Peter J. Nickles
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

August 15, 2008

`