UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSIE BOWMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0016 (RMU)(JMF) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF
TO FILE HER PETITION FOR ATTORNEYS' FEES AND COSTS**

On July 11, 2008, this Court ordered that the Plaintiff's petition for attorneys' fees would be due on September 1, 2008, and that the parties shall meet and confer to try to settle this matter before that date. The parties, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court for a 30 day enlargement of time – to October 1, 2008 –for Plaintiff to file her petition for attorneys' fees (if necessary), since the parties have been engaging in settlement discussions, but have not fully resolved the thirteen claims.

This action is an aggregation of thirteen individual claims for the recovery of attorneys' fees and costs under the Individuals With Disabilities Education Act of 2004, 20 U.S.C. §§1400 *et seq.*("IDEIA"). As to each claim, it is asserted that each individual plaintiff/claimant prevailed with respect to a different special education administrative proceeding at the District of Columbia Public Schools ("DCPS"). The complaint and

accompanying documentation recites as to each claim the particular administrative event said to ground the claim; the purported facts concerning the plaintiff's attorneys' submission to DCPS of a request for payment, and DCPS' response; and a specification, by invoices, of fees and costs claimed to be remaining to be paid.

Given that the parties' are engaging in discussions to possibly settle each of these claims, and to avoid the filing of unnecessary pleadings and documents, they respectfully request a thirty-day extension, until October 1, 2008, for Plaintiff to file her petition for fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PETER J. NICKLES<br>Acting Attorney General<br>for the District of Columbia |
|  | GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
|  | */s/ Edward P. Taptich*<br>EDWARD P. TAPTICH [#012914]<br>Chief, Equity Section II |
| */s/Paul Dalton*<br>PAUL DALTON [#429118]<br>Dalton, Dalton, and Houston, PC<br>1008 Pendleton Street<br>Alexandria, Virginia 22314 | */s/ Amy Caspari*<br>AMY CASPARI [#488968]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001 |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 6(b)(1), Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSIE BOWMAN,** : | |
| **Plaintiff,** : | |
| v. : | Civil Action No. 06-0016 (RMU) |
| **DISTRICT OF COLUMBIA,** : | |
| **Defendant.** : | |

## ORDER

On consideration of the Parties Joint Motion For Enlargement Of Time for Plaintiff To File Her Petition For Attorneys' Fees And Costs, and it appearing that a grant of that motion would be just and proper, it is, this _____ day of August, 2008,

**ORDERED** that the Parties' motion is granted; and it is

**FURTHER ORDERED** that the time within which the Plaintiff may respond to the complaint herein is hereby enlarged to and including October 1, 2008.

_____
United States District Court Judge Urbina