REFERRAL TO MAGISTRATE JUDGE

CATEGORY: "L"

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 20:1400 Civil Rights of Handicapped Child | | | |
|---|---|---|---|---|
| CASE NO:<br>C.A. 06-0016 | DATE REFERRED:<br>August 22, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Ricardo M. Urbina | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>Essie Bowman, Et Al. | DEFENDANT(S):<br>Government of the District of Columbia, Et All. |
|---|---|

**ENTRIES:**

Case referred to Magistrate Judge John M. Facciola for settlement discussion pursuant to Minute Order issued July 9, 2008.