UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ESSIE BOWMAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-0016 (RMU)(JMF) |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION FOR CONSENT JUDGMENT

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment. This case involves Plaintiff's claims for attorneys' fees and costs brought under the Individuals With Disabilities Education Act of 2004, 20 U.S.C. §§1400 *et seq*. ("IDEIA"). On August 1, 2007, this Court ordered the dismissal of the claims of P.C., K.J., V.H., J.C., D.L., and M.C. Thus, only the claims of C.B., R.H., R.G., T.A., T.E., L.D., M.N., A.B., J.B., T.E., T.P., D.J. and D.M. remain.

The parties agree that claimants are entitled to an award of attorneys' fees and costs totaling $6,555.60 in full settlement of the claims listed above. The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

1

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

| | |
|---|---|
| */s/Paul Dalton* | */s/ Amy Caspari* |
| PAUL DALTON [#429118] | AMY CASPARI [#488968] |
| Dalton, Dalton, and Houston, PC | Assistant Attorney General |
| 1008 Pendleton Street | 441 Fourth Street, N.W. |
| Alexandria, Virginia 22314 | Sixth Floor South |
| Attorney for Plaintiff | Washington, D.C. 20001 |
| | Attorney for Defendant |

August 29, 2008