# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSIE BOWMAN,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-0016 (RMU)(JMF) |
| **DISTRICT OF COLUMBIA,** | : |
| **Defendant.** | : |

## CONSENT JUDGMENT

Upon consideration of the parties' Joint Motion for Consent Judgment, it is on this _____ day of _____, 2008, hereby

**ORDERED,** that Defendant will pay to Paul Dalton, $6,555.60 in attorneys' fees and costs, and in accordance with the attached itemization, within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves the only remaining issues in this matter; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge Urbina