## ITEMIZATION OF CLAIMS

1) C.B.          $27.00

2) R.H.          $27.00

3) R.H. (2)      $340.65

4) R.H. (3)      $106.20

5) R.G.          $911.25

6) T.A.          $585.00

7) T.E.          $135.00

8) L.D.          $52.20

9) M.N.          $31.50

10) A.B.         $159.30

11) J.B.         $159.30

12) T.E.         $159.30

13) T.P.         $106.20

14) T.P. (2)     $3,600.00

15) D.J.         $49.50

16) D.M.         $106.20

Itemization of claims, totaling $6,555.60.