UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ESSIE BOWMAN,

Plaintiff,

v.                                   :  Civil Action No. 06-0016 (RMU)(JMF)

DISTRICT OF COLUMBIA,

Defendant.

### CONSENT JUDGMENT

Upon consideration of the parties' Joint Motion for Consent Judgment, it is on this 29th day of August, 2008, hereby

**ORDERED**, that Defendant will pay to Paul Dalton, $6,555.60 in attorneys' fees and costs, and in accordance with the attached itemization, within 60 days of the date of this Order; and it is

**FURTHER ORDERED**, that this fully resolves the only remaining issues in this matter; and it is

**FURTHER ORDERED**, that this case is dismissed with prejudice.

_____
United States District Judge Urbina